UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Khatri, Inc., a California Corporation;<br>Khatri Brothers, L.P., a California Limited; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-01281-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the parties' joint stipulation (ECF No. 8) and good cause appearing therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT